IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRANDON HURTADO**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #181495*

v.　　　　　　　　CASE NO. 2:25-CV-00126-BSM

**CRYSTAL RIVERS,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of July, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE